FILED
DEC - 5 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:07CR313-MHT |
| v. ) | [18 USC 922(a)(6); |
| ) | 18 USC 924(a)(1)(A)] |
| PIERRE MARCELLO GUNNINGS ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about December 16, 2006, in Lee County, within the Middle District of Alabama,

PIERRE MARCELLO GUNNINGS,

defendant herein, in connection with the attempted acquisition of a firearm, a better description of which is otherwise unknown to the grand jury, from Pawn Central Incorporated, a licensed dealer of firearms, did knowingly make a false and fictitious written statement to Pawn Central Incorporated, which statement was intended and likely to deceive Pawn Central Incorporated, as to a fact material to the lawfulness of such sale and other disposition of the said firearm, in that the defendant represented that he was not under indictment or information in any court for a felony, or any other crime, for which the judge could imprison him for more than one year, even if he received a shorter sentence including probation. In fact, the defendant was indicted under case number 064693 in the Cobb Superior Court of the State of Georgia on September 21, 2006, and arraigned on October 13, 2006. All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2

On or about December 16, 2006, in Lee County, within the Middle District of Alabama,

PIERRE MARCELLO GUNNINGS,

defendant herein, knowingly made a false statement and representation to Pawn Central Incorporated, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn Central Incorporated, in that the defendant responded "no" to the question 11.b, which asked, "Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year, even if you received a shorter sentence including probation?" In fact, the defendant was indicted under case number 064693 in the Cobb Superior Court of the State of Georgia on September 21, 2006, and arraigned on October 13, 2006. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

Tommie Brown Hardwick
Assistant United States Attorney

2