IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO.: 3:07cr313-MHT |
| ) | |
| **PIERRE MARCELLO GUNNINGS** ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference currently set for March 17, 2008 at 9:00 a.m. is hereby **RESET** for March 14, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 9th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE