# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED
2008 MAR -6 A 11: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: Pierre Marcello Gunnings                    Case Number: 3:07cr313-MHT

Name of Releasing Judicial Officer: The Honorable Terry F. Moorer, U.S. Magistrate Judge

Date of Release: December 21, 2007

Original Offense: Gun Control Act

Type of Release: Personal Recognizance Bond with Pretrial Supervision

Date of Next Court Appearance: May 12, 2008 (Trial)

Conditions of Release: Report to pretrial services as directed, Maintain employment, No firearms, Drug testing and/or treatment, Report change in address, No excessive use of alcohol, Avoid victim/witnesses in case, No use or possession of narcotic drug unless prescribed, Travel restricted to MD/AL.

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release..." | On March 1, 2008, the Auburn Police Dept. contacted the defendant at Carolyn Apts. in reference to a gun incident. A search of the defendant revealed a small .22cal. handgun in his right front pocket. He was placed under arrest for carrying a pistol without a permit and transported to the Lee County Jail. He was released on bond that same date. |
| Condition 7(n): "The defendant shall not possess a firearm.." | Details same as listed above. |
| Condition 7(u): "The defendant shall report as soon as possible any contact with any law enforcement..." | To date, the defendant has not reported the above arrest/law enforcement contact to the probation office as directed by the conditions of his bond. |

Supervision history of defendant and actions taken by officer: Other than the aforementioned violations, the defendant has been in compliance with the conditions of his release.

SCANNED

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

 

Respectfully submitted,

by    /s/ Sandra G. Wood

Sandra G. Wood
Supervisory U.S. Probation Officer
Date: March 6, 2007

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

3-6-08
Date