IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

**<u>UNITED STATES' MOTION TO SUBSTITUTE COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Kent B. Brunson as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick.

Respectfully submitted this the 13th day of March, 2008.

                                                    LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/Kent B. Brunson
                                                  KENT B. BRUNSON
                                                  Assistant United States Attorney
                                                  131 Clayton Street
                                                  Montgomery, AL 36104
                                                  Phone: (334) 223-7280
                                                  Fax: (334) 223-7135
                                                  E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    /s/Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: kent.brunson@usdoj.gov