IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

**UNITED STATES' CORRECTED MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Corrected Motion to Substitute Assistant United States Attorney Kent B. Brunson as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick as the original motion was incorrectly filed as a notice.

Respectfully submitted this the 13th day of March, 2008.

                                                                                          LEURA G. CANARY
                                                                                         UNITED STATES ATTORNEY

                                                                                         /s/Kent B. Brunson
                                                                                         KENT B. BRUNSON
                                                                                        Assistant United States Attorney
                                                                                        131 Clayton Street
                                                                                         Montgomery, AL 36104
                                                                                        Phone: (334) 223-7280
                                                                                        Fax: (334) 223-7135
                                                                                        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov