IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:07cr313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

**ORDER ON MOTION**

Upon consideration of the United States of America's Motion to Substitute Counsel (Doc. #15), it is

ORDERED that the Motion (Doc. #15) is GRANTED.

DONE this 14th day, March 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE