IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.             ) | **CRIMINAL ACTION NO.** |
| ) | **3:07cr313-MHT** |
| **PIERRE MARCELLO GUNNINGS** ) | |

## ORDER

It is ORDERED that, on or before May 8, 2008, defendant Pierre Marcello Gunnings is to file a response to the government's intent to use Rule 404(b) evidence.

DONE, this the 6th day of May, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**