IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr313-MHT |
| **PIERRE MARCELLO GUNNINGS** | ) | |

### ORDER

In light of the government's notice of intent (doc. no. 27) and the defendant's response (doc. no. 38), it is ORDERED that, on or before noon on May 9, 2008, the government is to explain how the Rule 404(b) evidence would prove defendant's motive, intent, or lack of mistake or accident, etc.

DONE, this the 8th day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**