IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07-cr-313-MHT |
| | ) | |
| PIERRE MARCELLO GUNNINGS | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Danielle W. Mason, and enters her appearance on behalf of Defendant, **Pierre Marcello Gunnings**, in the above-styled case.

Dated this 12th day of May, 2008.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: daniell_mason@fd.org
ASB-6763L75M

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-313-MHT |
| ) | |
| PIERRE MARCELLO GUNNINGS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: daniell_mason@fd.org
ASB-6763L75M