# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:07-cr-313-MHT** |
| | ) | |
| **PIERRE MARCELLO GUNNINGS** | ) | |

## STIPULATION

The parties agree and stipulate that the defendant, **Pierre Marcello Gunnings**, had been indicted for a felony offense prior to December 16, 2006, when he completed ATF Form 4473 at Pawn Central, Incorporated, when he attempted to purchase a firearm.


_____
**ATTORNEY FOR THE UNITED STATES**


_____
**ATTORNEY FOR THE DEFENDANT**


_____
**DEFENDANT**