IN THE DISTRICT COURT OF THE UNITED STATES FOR

THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 3:07cr313-MHT |
| ) | |
| PIERRE MARCELLO GUNNINGS ) | |

VERDICT

As to the charge in Count I of the Indictment, we, the jury, find the defendant, Pierre Marcello Gunnings

_____NOT GUILTY

_____X_____GUILTY

As to the charge in Count II of the Indictment, we, the jury, find the defendant, Pierre Marcello Gunnings

_____NOT GUILTY

_____X_____GUILTY

DONE, this the 13th day of May, 2008

Tracy Yocke
FOREPERSON