IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL ACTION NO. |
| ) | 3:07cr313-MHT |
| PIERRE MARCELLO GUNNINGS ) | |

### ORDER

It is ORDERED that the motion for judgment of acquittal (doc. no. 50) is set for submission, without oral argument, on May 30, 2008, with all briefs due by said date.

DONE, this the 20th day of May, 2008.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE