IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 3:07cr313-MHT |
| **PIERRE MARCELLO GUNNINGS**   ) | |

### ORDER

At the request of the Probation Department, it is ORDERED that sentencing for defendant Pierre Marcello Gunnings, now set for July 31, 2008, is reset for October 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 21st day of July, 2008.

    /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE