IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07-cr-313-MHT |
| ) | |
| PIERRE MARCELLO GUNNINGS ) | |

### DEFENDANT'S MOTION TO SEAL

**NOW COMES** the Defendant, Pierre Marcello Gunnings, by and through Undersigned Counsel, Donnie W. Bethel, and moves this Court to enter an Order *placing under seal* Mr. Gunnings' Intellectual Evaluation, Document Number 58. Because the evaluation contains attorney/client privileged information, Undersigned Counsel respectfully requests that this document be filed *under seal* and remain under seal until further Order of this Court.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted.

Dated this 24th day of July 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )  | |
| v.                              ) | Case No.: 3:07-cr-313-MHT |
| ) | |
| PIERRE MARCELLO GUNNINGS        ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49